**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8243**

STEVEN LEWIS BARNES,

        Plaintiff - Appellant,

    v.

GEORGE DEDMONDT; BRAIN WILLIAMS; SHADELL STEVENS; MARCUS
SMITH; POLLY HALL; A. DELL DOBEY; HEIDI PRESSLEY; RANDY
DORAN; LT. KARREN JAGGERS, official and individual capacity,

        Defendants – Appellees,

    and

BRENDA B. CARPENTER,

        Defendant.

**No. 10-6113**

STEVEN LEWIS BARNES,

        Plaintiff - Appellant,

    v.

GEORGE DEDMONDT; BRAIN WILLIAMS; SHADELL STEVENS; MARCUS
SMITH; POLLY HALL; A. DELL DOBEY; HEIDI PRESSLEY; RANDY
DORAN; LT. KARREN JAGGERS, official and individual capacity,

        Defendants – Appellees,

    and

BRENDA B. CARPENTER; O-LEE STURKEY,

          Defendants.

———————————

Appeals from the United States District Court for the District of South Carolina, at Florence. Margaret B. Seymour, District Judge. (4:08-cv-00002-MBS)

———————————

Submitted: September 8, 2010     Decided: September 22, 2010

———————————

Before KING, GREGORY, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Steven Lewis Barnes, Appellant Pro Se. William Henry Davidson, II, Daniel C. Plyler, DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Lewis Barnes appeals the district court's orders adopting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. Barnes also challenges several pretrial orders denying appointment of counsel, denying extensions of time for discovery and to object to the report and recommendation, and denying recusal of the magistrate judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barnes v. Dedmondt, No. 4:08-cv-00002-MBS (D.S.C. Sept. 29 & Dec. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED